**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JEFFREY M. SONKIN** | ) | **CASE NO. 1:16-CV-1464** |
| | ) | |
| Plaintiff, | ) | **JUDGE NUGENT** |
| | ) | |
| v. | ) | **MAGISTRATE JUDGE** |
| | ) | **VECCHIARELLI** |
| **ALLY FINANCIAL INC.** | ) | |
| | ) | |
| Defendant. | ) | |

**ANSWER TO COUNTERCLAIM**

NOW COMES PLAINTIFF, **JEFFREY SONKIN ("Sonkin"),** by and through the undersigned counsel, and for his answer to the counterclaim of Defendant, **ALLY FINANCIAL INC.** ("Defendant"), states as follows:

**ANSWER TO COUNTERCLAIM**

1. To the extent that paragraph 1 of the counterclaim contradicts any averment in Plaintiff's complaint or asserts a claim, Plaintiff denies the allegations set forth therein.

2. To the extent that paragraph 2 of the counterclaim contradicts any averment in Plaintiff's complaint or asserts a claim, Plaintiff denies the allegations set forth therein.

3. Plaintiff denies to the averments in Paragraph 3 of the counterclaim. Rather, as set forth in the complaint, it is the Defendant, who breached the terms of the lease. Further, it is Defendant, who acted in bad faith, by refusing to discuss with Plaintiff the matters set forth in the complaint, directing Plaintiff to file this lawsuit as an initial step to obtaining a substantive response.

4. Plaintiff denies the averments in Paragraph 4 of the counterclaim, specifically reiterating that Defendant is the party in breach of the lease and that Plaintiff owes no money thereunder.

5. To the extent that paragraph 5 of the counterclaim contradicts any averment in Plaintiff's complaint or asserts a claim, Plaintiff denies the allegations set forth therein.

6. Plaintiff denies the averments in Paragraph 6 of the counterclaim, specifically reiterating that Defendant is the party in breach of the lease and that Plaintiff owes no money thereunder.

7. Plaintiff denies the averments in Paragraph 7 of the counterclaim, specifically reiterating that Defendant is the party who acted in the bad faith in this matter, requiring that Plaintiff file this lawsuit as the only means to address the issues set forth in complaint, as well as the issues raised in Defendant's counterclaim.

8. Plaintiff denies the averments in Paragraph 8 of the counterclaim, specifically reiterating that Defendant is the party in breach of the lease and that Plaintiff owes no money thereunder.

### AFFIRMATIVE DEFENSES

1. The demands for relief set forth in the counterclaim are frivolous. Defendant has claimed no more than an action for breach of contract, and as such, there is no basis under Ohio law to demand punitive damages and attorney's fees in relation thereto.

2. Defendant's claims are to be set off by monies owed to Plaintiff.

3. Specifically, Defendant is claiming sums which have no basis under any term of the lease.

4. Defendant has breached the agreement of the parties.

5. Defendant's claims are barred by the principle of estoppel.

6. Defendant's claims are barred by the doctrine of unclean hands.

7. Defendant's claims are barred by the doctrine of laches.

8. Defendant's counterclaim, itself, violates of Ohio's Consumer Sales Practices Act, R.C. 1345.01 *et seq.* ("CSPA")

9. Defendant has violated the CSPA and O.A.C. 109:4-3-05.

10. Defendant's claims are barred due to the doctrine of unjust enrichment.

11. Plaintiff reserves the right to modify and supplement affirmative defenses as they become known throughout the course of discovery or otherwise.

WHEREFORE, having fully answered Defendant's counterclaim, Plaintiff demands judgment as sought in the Complaint, and Plaintiff further demands that the counterclaim be dismissed with prejudice and that Plaintiff recover his costs and expenses, including attorneys' fees incurred herein, and that the Court grant it other and further relief as the Court may deem just and proper.

Respectfully submitted,

s/ Michael L. Fine_____
Michael L. Fine (0077131)
3684 Silsby Road
University Heights, OH  44118
Phone (216) 320-9950
Fax (216) 320-9953
mfine@ohioconsumerlawyer.com

## CERTIFICATE OF SERVICE

This pleading with be served on the parties by the Court's electronic filing system.

Respectfully submitted,

/s Michael L. Fine_____

Michael L. Fine (0077131)

3