UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY M. SONKIN, | ) | Case No. 1:16 CV 1464 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| ALLY FINANCIAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that above captioned case has been settled and dismissed with prejudice. Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

_/s/Donald C. Nugent___
DONALD C. NUGENT
United States District Judge

DATE: ___August 19, 2016_____